JUDGE SAMUEL J. STEINER
Chapter: 7

UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re: Derek Robert DeHaan,

    Debtor.

---

UNITED STATES TRUSTEE,

    Plaintiff,

v.

DEREK ROBERT DEHAAN.

    Defendant.

Bankruptcy Case No. 09-13465

Adversary No. 09-01422

ANSWER TO COMPLAINT TO DENY DEBTOR'S DISCHARGE

Defendant, Derek Robert DeHaan ("DeHaan") answers the United States Trustee's ("Plaintiff") Complaint to Deny Debtor's Discharge and states as follows:

## I. ANSWER

Answer - 1

1. In answering Paragraphs 1 to 11 of Plaintiff's Complaint DeHaan admits the same.

2. In answering Paragraph 12 of Plaintiff's Complaint, DeHaan admits to testimony that some of the Rents were paid in cash. DeHaan denies testimony that he did not have records to document use of Cash Rents.

3. In answering Paragraphs 13 to 16 of Plaintiff's Complaint DeHaan admits the same. Defendant further states that it is his intention to pay any collected postpetition rents received by him to the Trustee.

4. In answering Paragraphs 17 to 18 of Plaintiff's Complaint DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same.

5. In answering Paragraph 19 of Plaintiff's Complaint DeHaan admits the same.

6. In answering Paragraph 20 of Plaintiff's Complaint DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same.

7. In answering Paragraph 21 of Plaintiff's Complaint DeHaan admits the same.

8. In answering Paragraphs 22 to 28 of Plaintiff's Complaint DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same.

9. In answering Paragraph 29 of Plaintiff's Complaint DeHaan admits the same.

10. In answering Paragraph 30 of Plaintiff's Complaint DeHaan denies the lack of production.

11. In answering Paragraph 31 of Plaintiff's Complaint DeHaan refers to previous answers.

12. In answering Paragraphs 32 to 33 of Plaintiff's Complaint DeHaan denies any intent to hinder, delay, defraud, or conceal. Regarding transfer of property DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same.

13. In answering Paragraph 34 of Plaintiff's Complaint DeHaan refers to previous answers.

14. In answering Paragraphs 35 to 36 of Plaintiff's Complaint DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same.

15. In answering Paragraph 37 of Plaintiff's Complaint DeHaan refers to previous answers.

16. In answering Paragraphs 38 to 43 of Plaintiff's Complaint DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same

17. In answering Paragraph 44 of Plaintiff's Complaint DeHaan refers to previous answers.

18. In answering Paragraph 45 of Plaintiff's Complaint DeHaan is without knowledge or information sufficient to form a belief as to the truth of the allegations as to Plaintiff's complaint and, therefore, denies the same

Answer - 3

## II. AFFIRMATIVE DEFENSES

By way of further answer and as affirmative defenses to Plaintiff's Complaint, DeHaan alleges and claims as follows:

19. Plaintiff has failed to state a claim upon which relief can be granted.

20. Plaintiff's claim is barred by laches, estoppel and/or waiver.

21. Plaintiff's alleged damages were caused by its own fault or the fault of others over whom the defendant was not responsible.

22. Plaintiff lacks standing to bring certain of the actions alleged in the complaint.

23. DeHaan expressly reserves the right to raise additional affirmative defenses upon the completion of discovery.

## III. PRAYER FOR RELIEF

WHEREFORE, DeHaan having fully answered Plaintiff's Complaint, and having asserted defenses, now prays that the court grant the relief:

24. That Plaintiff's Complaint be dismissed with prejudice and without costs;

25. That DeHaan be awarded their costs and reasonable attorney's fees herein;

26. That DeHaan be granted such other relief as this Court may deem just and proper.

DATED this _9_ day of November, 2009.

Answer - 4

By _____
Derek DeHaan, pro se

### **DECLARATION OF SERVICE**

I hereby certify, under penalty of perjury, that on this day I served upon the attorney for Plaintiff, by causing to be faxed and/or filed by ECF a copy of the document to which this certificate is attached.

Dated this 9 day of November, 2009.


By _____
Derek DeHaan, pro se

Answer - 5